# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re | Case No.   17−22716   dsk |
| | Chapter   13 |
| Kathleen Diane Young | Adv. Proc. No. |
| Debtor(s). | |

## NOTICE OF HEARING COMBINED WITH RELATED INFORMATION RE FORM, MANNER AND SERVING OF NOTICE

*21* – Objection to Confirmation of Plan Filed by Creditor SN Servicing Corp. (RE: related document(s)2 Chapter 13 Plan Filed by Debtor Kathleen Diane Young. (Lynn, Brian)). (Russell, Edward)

on April 27, 2017

**NOTICE IS HEREBY GIVEN THAT:**

1. The hearing to consider the above shall be held on **June 13, 2017 at 09:00 AM in the United States Bankruptcy Court, 200 Jefferson Ave, Room 600, Memphis, TN 38103**

At the time of the hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served electronically by the Bankruptcy Noticing Center to the following entities:**

**All Parties on Servicing List**

**Service upon any party other than those who received electronic service as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Internet pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

**Kathleen A Ford**
**CLERK OF COURT**

BY:  **Tonya Lepone**
_____

**Date:   April 28, 2017**

[ntchrgcomb2lf005]Order/Notice combined Rel 11−03

United States Bankruptcy Court
Western District of Tennessee

In re:  
Kathleen Diane Young  
       Debtor

Case No. 17-22716-dsk  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0651-2      User: tonya      Page 1 of 1      Date Rcvd: Apr 28, 2017  
                     Form ID: ntchrgc2      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.  
db            +Kathleen Diane Young,    2670 Kate Bond Road,     Memphis, TN 38133-8120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:  
         Brian Lynn     on behalf of Debtor Kathleen Diane Young   blynnlegal@gmail.com  
         Edward Russell     on behalf of Creditor    SN Servicing Corp.   erussell@thesrlawgroup.com  
         George W. Stevenson Chapter 13     ch13gws@gmail.com  
         SN Servicing Corp.     bknotices@snsc.com  
         U.S. Trustee     ustpregion08.me.ecf@usdoj.gov  
                                                                                                       TOTAL: 5