**Dated: June 03, 2017**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
                                                              IT507
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TENNESSEE

In re:                                               Chapter 13
KATHLEEN DIANE YOUNG
Debtor(s)                                       Case No. 17-22716-K
SSN(1) XXX-XX-5165
```

---
ORDER DIRECTING DEBTOR TO CHANGE
PAYMENTS TO TRUSTEE

---

In this matter, it appearing to the Court that the debtor's plan payments should be changed.

IT IS THEREFORE ORDERED That the debtor's plan payments be changed to $2,354.00 MONTHLY    and forward same to the Chapter 13 Trustee, George W. Stevenson, 5350 Poplar Avenue, Suite 500, Memphis, Tennessee  38119-3697.

/S/ George W. Stevenson
Chapter 13 Trustee

CC:    George W. Stevenson

       KATHLEEN DIANE YOUNG
       2670 KATE BOND ROAD
       MEMPHIS,  TN 38133

       BRIAN W LYNN ATTORNEY