**Dated: July 19, 2017**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

In Re: Kathleen Diane Young                     Chapter 13

xxx-xx-5165                                                    Case No. 17-22716

Debtor.
_____

**CONSENT ORDER WITHDRAWING OBJECTION TO PLAN AND PROVISION FOR PAYMENT TO SN SERVICING CORPORATION AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO II TRUST**
_____

This matter having come before the Court pursuant to the Objection to the Debtor's proposed Chapter 13 filed by U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust c/o SN Servicing Corporation (hereinafter "Respondent") regarding the debt secured by the real property commonly known as 2670 Kate Bond Road, Memphis, TN 38133, and the Court being fully advised, finds that the Objection filed by Respondent is hereby **WITHDRAWN**, and the ongoing mortgage is to be paid in full over the life of the plan in the amount of $97,853.69 with interest at 6.00%, the Debtor to maintain property taxes and insurance in a timely basis.

The Debtor agrees to strictly comply with this payment plan to the Chapter 13 Trustee.  Should the Debtor fail to make a regular monthly payment when it is due, or fail to maintain the property taxes and insurance, such that Respondent, its successors and assigns, do not receive payment on the ongoing mortgage, or the taxes are delinquent or insurance lapses, Respondent may give the Debtor and Debtor's attorney notice of such default and the Debtor shall have twenty (20) days to cure the default by submitting funds to the Trustee in an amount necessary to cure the default. Should the Debtor fail to cure the default within the twenty (20) day period, Respondent, its successors and assigns, shall be granted *ex parte* relief from the automatic stay without further appearance before this Court.  Respondent shall submit a separate order terminating the stay if *ex parte* relief is granted.

The Chapter 13 Trustee shall increase the Debtor's plan payments and take all other actions necessary to implement the payment plan set forth in this Order.

APPROVED:

Trustee:

/s/ George W. Stevenson
George W. Stevenson
5350 Poplar Avenue, Suite 500
Memphis, TN 38119


Attorney for Debtor:

/s/Brian Lynn
Brian Lynn
Lynn & Associates
P.O. Box 111064
Memphis, TN 38111-1064

Attorneys for Respondent:

The SR Law Group
PO Box 128
Mt. Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com


By:    /s/Edward D. Russell
       Edward D. Russell (#26126)


# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June 2017, a true and correct copy of the Objection to the Confirmation of Chapter-13 Plan was served by regular mail upon Kathleen Diane Young, 2670 Kate Bond Road, Memphis, TN 38133. I also caused a copy of the Objection to be filed in this proceeding by electronic means and to be served as follows: counsel for the Debtor, Brian Lynn, Lynn & Associates, P.O. Box 111064, Memphis, TN 38111-1064; George W. Stevenson Chapter 13 Trustee, 5350 Poplar Avenue, Suite 500 Memphis, TN 38119-3697, and electronically to those identified on the CM/ECF system for this case.

                                          By: */s/Edward D. Russell*
                                              Edward D. Russell