**Dated: July 19, 2017**
**The following is SO ORDERED:**

_____
David S. Kennedy
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| In Re: Kathleen Diane Young | Chapter 13 |
| xxx-xx-5165 | Case No. 17-22716 |
| Debtor. | |

_____

**CONSENT ORDER WITHDRAWING OBJECTION TO PLAN AND PROVISION FOR PAYMENT TO SN SERVICING CORPORATION AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO II TRUST**
_____

This matter having come before the Court pursuant to the Objection to the Debtor's proposed Chapter 13 filed by U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust c/o SN Servicing Corporation (hereinafter "Respondent") regarding the debt secured by the real property commonly known as 2670 Kate Bond Road, Memphis, TN 38133, and the Court being fully advised, finds that the Objection filed by Respondent is hereby **WITHDRAWN**, and the ongoing mortgage is to be paid in full over the life of the plan in the amount of $97,853.69 with interest at 6.00%, the Debtor to maintain property taxes and insurance in a timely basis.

The Debtor agrees to strictly comply with this payment plan to the Chapter 13 Trustee. Should the Debtor fail to make a regular monthly payment when it is due, or fail to maintain the property taxes and insurance, such that Respondent, its successors and assigns, do not receive payment on the ongoing mortgage, or the taxes are delinquent or insurance lapses, Respondent may give the Debtor and Debtor's attorney notice of such default and the Debtor shall have twenty (20) days to cure the default by submitting funds to the Trustee in an amount necessary to cure the default. Should the Debtor fail to cure the default within the twenty (20) day period, Respondent, its successors and assigns, shall be granted *ex parte* relief from the automatic stay without further appearance before this Court. Respondent shall submit a separate order terminating the stay if *ex parte* relief is granted.

The Chapter 13 Trustee shall increase the Debtor's plan payments and take all other actions necessary to implement the payment plan set forth in this Order.

APPROVED:

Trustee:

/s/ George W. Stevenson
George W. Stevenson
5350 Poplar Avenue, Suite 500
Memphis, TN 38119


Attorney for Debtor:

/s/Brian Lynn
Brian Lynn
Lynn & Associates
P.O. Box 111064
Memphis, TN 38111-1064

Attorneys for Respondent:

The SR Law Group
PO Box 128
Mt. Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com

By:   /s/Edward D. Russell
      Edward D. Russell (#26126)

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June 2017, a true and correct copy of the Objection to the Confirmation of Chapter-13 Plan was served by regular mail upon Kathleen Diane Young, 2670 Kate Bond Road, Memphis, TN 38133. I also caused a copy of the Objection to be filed in this proceeding by electronic means and to be served as follows: counsel for the Debtor, Brian Lynn, Lynn & Associates, P.O. Box 111064, Memphis, TN 38111-1064; George W. Stevenson Chapter 13 Trustee, 5350 Poplar Avenue, Suite 500 Memphis, TN 38119-3697, and electronically to those identified on the CM/ECF system for this case.

By: /s/Edward D. Russell
    Edward D. Russell

United States Bankruptcy Court
Western District of Tennessee

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-22716-dsk
Kathleen Diane Young　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0651-2　　　　User: jane　　　　　　　　Page 1 of 1　　　　　　Date Rcvd: Jul 19, 2017
　　　　　　　　　　　　　　Form ID: pdford02　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
db　　　　　　　+Kathleen Diane Young,　  2670 Kate Bond Road,　  Memphis, TN 38133-8120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
　　　　　Brian   Lynn    on behalf of Debtor Kathleen Diane Young blynnlegal@gmail.com
　　　　　Edward   Russell    on behalf of Creditor    SN Servicing Corp. erussell@thesrlawgroup.com
　　　　　George W. Stevenson Chapter 13    ch13gws@gmail.com
　　　　　SN Servicing Corp.    bknotices@snsc.com
　　　　　U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5